E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
SARAH QUIST (Cal. Bar No. 288264)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0609
    Facsimile: (213) 894-7819
    E-mail: sarah.quist@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| J.B.G., a Minor, By and Through Her Guardian ad Litem, MARIA GALARZA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, a governmental entity; and DOES 1 through 50, inclusive<br><br>    Defendants. | No. 21-CV-00298-SPG-ADS<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

Dated: February 8, 2023

HAFFNER LAW PC

JOSHUA H. HAFFNER
TREVOR WEINBERG

Attorneys for Plaintiff
J.B.G., a Minor, By and Through Her
Guardian ad Litem. MARIA GALARZA.

Dated: February 8, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division

SARAH QUIST
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA